UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BRADFORD KEITH WATTS, ET AL.** | **CIVIL ACTION NO. 14-2310** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **RCA CORPORATION, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss Pursuant to 12(b)(6) [Doc. No. 9] filed by Defendant Voxx International Corporation is hereby GRANTED IN PART and DENIED IN PART. To the extent that Defendant moved for dismissal of Plaintiffs' claim for defective design under the Louisiana Products Liability Act, the motion is GRANTED as to both Defendants, and Plaintiffs' claim is DISMISSED WITHOUT PREJUDICE. Defendant's Motion to Dismiss is otherwise DENIED.

MONROE, LOUISIANA, this 12th day of January, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE